United States District Court
for the Southern District of Ohio

---

Kelvin Edwards,

      Plaintiff,               Case No. 1:24-cv-00262

      v.                    District Judge Jeffery P. Hopkins

Jay Manning, *et al.*,

      Defendants.

---

Joint Notice Regarding Settlement

---

Come now the parties to jointly notify the Court that this matter has been settled. The settlement has been consummated and is now ripe for an order by the Court dismissing the matter with prejudice as to all claims and all Defendants.

Respectfully submitted,

*/s/ Gregory A. Napolitano*
Gregory A. Napolitano (0068671)
Paul M. Laufman (0066667)
Laufman Napolitano, LLC
4310 Hunt Road
Cincinnati, OH  45242
Phone: (513) 621-4556
Fax: (513) 621-5563
*plaufman@LN-lawfirm.com*
*gnapolitano@LN-lawfirm.com*

*Counsel for Plaintiff*

*/s/ Thomas N. Spyker*
Thomas N. Spyker (0098075)
(via authorization of 12.23.24)
REMINGER CO., L.P.A.
200 Civic Center Drive, 8th
Floor Columbus, Ohio 43215
Phone: (614) 232-2420
Fax:   (614) 232-2410
*tspyker@reminger.com*

*Counsel for Defendants*

<u>Certificate of Service</u>

     I hereby certify that a copy of the foregoing pleading was electronically filed on the 23rd day of December 2024.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

*/s/ Gregory A. Napolitano*
Gregory A. Napolitano